UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR284 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| TELESFORO LUENGAS-PAELAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 40). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On January 7, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1028(a)(5) and 1028(b)(5), based upon the Defendant's plea of guilty to Counts II and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties:

      a.    One HP Photosmart Printer

      b.    One Lap Top Computer

      c.    One Hard Drive Tower

      d.    Three Digital Cameras

      e.    One Canon Battery Charger

was forfeited to the United States.

2. On January 24, 31 and February 7, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United

States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on March 7, 2008 (Filing No. 39).

    3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    IT IS ORDERED:

    A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 40) is hereby sustained.

    B.  All right, title and interest in and to the following properties:

        a.  One HP Photosmart Printer

        b.  One Lap Top Computer

        c.  One Hard Drive Tower

        d.  Three Digital Cameras

        e.  One Canon Battery Charger

held by any person or entity, is hereby forever barred and foreclosed.

    C.  The following properties:

        a.  One HP Photosmart Printer

        b.  One Lap Top Computer

        c.  One Hard Drive Tower

        d.  Three Digital Cameras

        e.  One Canon Battery Charger

be, and the same hereby are, forfeited to the United States of America .

     D.  The United States Bureau of Immigrations and Customs Enforcement for the District of Nebraska is directed to dispose of said properties in accordance with law.

Dated this 7th day of March, 2008.

                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge